**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GOLDENEYE ADVISORS, LLC,

                          Plaintiff,                        **24-CV-9918 (VSB) (VF)**

            -against-                                  **ORDER**

HANACO VENTURE CAPITAL, LTD, et al.,

                          Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Pending before the Court is Defendants' motion to compel arbitration. ECF No. 25. Given the Court's decision granting STL Namos' motion to intervene, Plaintiff is directed to inform the Court whether it still opposes Defendants' motion. Plaintiff is directed to file a letter on the docket by **Friday, August 1, 2025,** stating whether it continues to oppose the motion to compel arbitration.

      **SO ORDERED.**

DATED:    New York, New York
               July 25, 2025

                                                                       _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge