**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

GOLDENEYE ADVISORS, LLC,

                        Plaintiff,                          **24-CV-9918 (VSB) (VF)**

        -against-                                  **ORDER**

HANACO VENTURE CAPITAL, LTD, et al.,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Defendant Hanaco Venture Capital, Ltd. is directed to respond to Plaintiff's letter motion

at ECF No. 46 by **Monday, December 8, 2025**.

        **SO ORDERED.**

DATED:    New York, New York
            December 1, 2025

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge